```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  x
                               :
UNITED STATES OF AMERICA       :    INDICTMENT
                               :
          - v. -               :    19 Cr. 567
                               :
RONALD E. KIMBLE,              :
                               :
          Defendant.           :
                               :
- - - - - - - - - - - - - - -  x
```

### COUNT ONE

**(Felon in Possession of a Firearm)**

The Grand Jury charges:

1.   On or about July 24, 2019, in the Southern District of New York, defendant RONALD E. KIMBLE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Dan Wesson .357 Magnum caliber revolver, serial number 367178, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1).)

### COUNT TWO

**(Felon in Possession of Ammunition)**

The Grand Jury further charges:

2.   On or about July 24, 2019, in the Southern District of New York, defendant RONALD E. KIMBLE, knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed ammunition, to wit, three Sellier & Bellot .357 Magnum caliber rounds, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RONALD E. KIMBLE,

Defendant.

INDICTMENT

19 Cr.

(18 U.S.C. §§ 922(g)(1).)

GEOFFREY S. BERMAN
United States Attorney

*/s/ Sheila Carcuata*
Foreperson